FILED 05 DEC '17 11:06 USDC-ORP

UNITED STATES DISTRICT COURT  **UNDER SEAL**

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-cr-00435-BR |
| v. | INDICTMENT |
| JODY TREMAYNE WAFER, TRENT LAMAR KNIGHT, and BRITTANY LESANTA KIZZEE, | 18 U.S.C. §§ 924(c)(1)(A)(i), (ii), (o), and 18 U.S.C. § 1201(a)(1) |
| Defendants. | Forfeiture Allegation<br><br>**UNDER SEAL** |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Kidnapping)
### (18 U.S.C. §§ 1201(a) and 2)

On or about December 2, 2017, within the District of Oregon, defendants **JODY TREMAYNE WAFER, TRENT LAMAR KNIGHT, and BRITTANY LESANTA KIZZEE**, did unlawfully and willfully seize, confine, kidnap, abduct and carry away and hold for ransom, reward and otherwise a person, S.R., and, in committing and in furtherance of the offense, traveled in interstate commerce from Houston, Texas, to Portland, Oregon, and used a means, facility and instrumentality of interstate commerce in committing and in furtherance of the commission of the offense, that is, commercial airlines, a hotel, a rental vehicle, and cellular telephones;

In violation of 18 U.S.C. §§ 1201(a)(1) and 2.

## COUNT 2
### (Using and Carrying a Firearm During and In Relation to a Crime of Violence)
### (18 U.S.C. §§ 924(c)(1)(A)(i) and (ii))

On or about December 2, 2017, within the District of Oregon, defendants **JODY TREMAYNE WAFER**, and **TRENT LAMAR KNIGHT**, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Kidnapping, in violation of Title 18, United States Code, Section 1201(a)(1), as set forth in Count 1, did knowingly use and carry firearms, to wit: a Smith and Wesson .40 caliber, model SW40VE, serial number DUM5263 and a Taurus Millennium G2, model PT11G2, serial number TKT90718;

The grand jury further alleges that in committing the offense the defendants did brandish the firearms;

In violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and (ii).

## COUNT 3
### (Conspiracy to Use and Carry a Firearm During and In Relation to a Crime of Violence)
### (18 U.S.C. §§ 924(c)(1)(A)(i) and (ii) and (o))

From a date unknown up to and including December 2, 2017, within the District of Oregon and elsewhere, defendants **JODY TREMAYNE WAFER, TRENT LAMAR KNIGHT**, and **BRITTANY LESANTA KIZZEE**, and others unknown, did knowingly and willfully combine, conspire, confederate and agree to use, carry and brandish firearms, to wit: a Smith and Wesson .40 caliber, model SW40VE, serial number DUM5263 and a Taurus Millennium G2, model PT11G2, serial number TKT90718, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Kidnapping, in violation of Title 18, United States Code, Section 1201(a)(1), as set forth in Count 1, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and (ii), and 2.

All in violation of 18 U.S.C. § 924(o).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses in Counts 2 and 3, defendants **JODY TREMAYNE WAFER, TRENT LAMAR KNIGHT,** and **BRITTANY LESANTA KIZZEE** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms involved in that offense, including without limitation:

(1) a Smith and Wesson .40 caliber, model SW40VE, serial number DUM5263; and

(2) Taurus Millennium G2, model PT11G2, serial number TKT90718.

Dated this 5 day of December 2017.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

WILLIAM M. NARUS, CASB #243633
Assistant United States Attorney